Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-424-105**

**Effective Date of Registration:**
November 07, 2024

**Registration Decision Date:**
December 03, 2024

---

## Title

**Title of Work:** Lodge Collage I

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 18, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Edward Wargo
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Edward Wargo
131 Garden Terrace, Edison, NJ, 08817, United States

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art & Licensing
**Name:** Zachariah Jones
**Email:** info@pennylanefineart.com
**Telephone:** (800)273-5263
**Address:** 1791 Dalton Drive
New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-418**

**Effective Date of Registration:**
November 07, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Bless Our Home - ED146 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 19, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Edward Wargo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Edward Wargo |
| | 131 Garden Terrace, Edison, NJ, 08817, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Email:** | info@pennylanefineart.com |
| **Telephone:** | (800)273-5263 |
| **Address:** | 1791 Dalton Drive |
| | New Carlisle, OH 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-424-104**

**Effective Date of Registration:**
November 07, 2024
**Registration Decision Date:**
December 03, 2024



## Title
- **Title of Work:** Love

## Completion/Publication
- **Year of Completion:** 2015
- **Date of 1st Publication:** August 06, 2015
- **Nation of 1st Publication:** United States

## Author
- **Author:** Edward Wargo
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Edward Wargo
  131 Garden Terrace, Edison, NJ, 08817, United States

## Rights and Permissions
- **Organization Name:** Penny Lane Fine Art & Licensing
- **Name:** Zachariah Jones
- **Email:** info@pennylanefineart.com
- **Telephone:** (800)273-5263
- **Address:** 1791 Dalton Drive
  New Carlisle, OH 45344 United States

## Certification
- **Name:** David Denholm

Page 1 of 2

