**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EDWARD WARGO,

    Plaintiff,                                                Case No.: 1:25-cv-14133

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | ykcuh |
| 2 | 归心精品商店 |
| 3 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 4 | SUQUAN QUANSU |
| 5 | ruoheng enze |
| 6 | 海冯边玩具 |
| 7 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 8 | YooI |
| 9 | 各位大佬大卖（有问题联系立删） |
| 10 | pinzhmen |
| 11 | xuesongchengzhe |
| 12 | JINDOUDOU |
| 13 | Qmkmyy Direct |
| 14 | ZSSZO |
| 15 | jiexiushiboleqichexiaoshoufuwuyouxiangongsi |
| 16 | JianCangQuanMaoYi |
| 17 | ushiechengquzelinz |
| 18 | LOMADIA |
| 19 | lichengjutoukuajing |
| 20 | jinjianhui |
| 21 | CXHZBHD |
| 22 | OMGA-SHOP |

| 23 | Huanjun886 |
|----|----|
| 24 | kunmingxichunshangmaoyouxiangongsi |
| 25 | yiwushiqiafengmaoyiyouxiangongsi |
| 26 | FenXiaoShangMao |
| 27 | wanjishipinzhengzhouyouxian |
| 28 | YunNanZiBin |
| 29 | HengYangXianZhaoWanShangMaoYouXianGong |
| 30 | aeuxlons |
| 31 | 义乌市腾劭商贸有限公司 |
| 32 | DaFengXinXingJianCai |
| 33 | ddhj |
| 34 | Art Club |
| 35 | 洪宇小店 |
| 36 | jianhua8990 |
| 37 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 38 | DingYuTing |
| 39 | dongguanshiyitefangzhipinyouxiangongsi |
| 40 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 41 | QuJingXuLiaoShangMao |
| 42 | shijiazhuangqucaimaoyiyouxiangongsi |
| 43 | zhshiun |
| 44 | HeNanJiuQuanLeShangMao |
| 45 | wenbbusb |
| 46 | chenwebbindexiaodian |
| 47 | BaiHuoShouChangJia |
| 48 | fenzekeji |
| 49 | XingChen Shop |
| 50 | dasluff |
| 51 | ShawnNNA |
| 52 | Ieskayiz Home |
| 53 | Athenstics Stainless steel cup |
| 54 | Tapesb |
| 55 | RugShop |
| 56 | GoodlW |
| 57 | meipimaoyi |
| 58 | qiujiemaoyi |
| 59 | suyemaoyi |

| 60 | FengFire |
|----|----------|
| 61 | CAIBO Diy Decoration |
| 62 | shenzhenpunongkeji |
| 63 | Lucksign Better Home |
| 64 | ronghuaMY |
| 65 | Yaliokey |
| 66 | Wuxin |
| 67 | Your Essentials INC |
| 68 | JiEnYu |
| 69 | Yie store |
| 70 | Grrvtrz Festival |
| 71 | TArtsrs Co.Ltd |
| 72 | Daiosportswear |
| 73 | MUCHENGGIFT LLC SHOP |
| 74 | 91140391MAEC5FKRXF |
| 75 | Cjhhycphy |
| 76 | GuangZhouHuiJiaShangMao05 |
| 77 | Cao Home Decoration Store |
| 78 | LALADU |
| 79 | QingL Home textiles |
| 80 | Hom Leader |
| 81 | BespokeShop |
| 82 | Nap Blanket |
| 83 | lightweight Blanket |
| 84 | Professional Floor Mat |
| 85 | Home Nap Blanket |
| 86 | LLRHdzsw |
| 87 | TELS |
| 88 | pollenor |
| 89 | Creative Outfit |
| 90 | Foxxee |
| 91 | Beesee Textile |
| 92 | Ylbniub |
| 93 | be at home |
| 94 | GS Warm decoration |
| 95 | wangfengweiC |
| 96 | Hsashop two |
| 97 | JINGJINGYI |

| | |
|---|---|
| 98 | Golden sunshine Home |
| 99 | Jilu Home textiles c |
| 100 | Giftwovn |
| 101 | WHL GOODS |
| 102 | Hanging S |
| 103 | PiFly Shop |
| 104 | Xiioy |
| 105 | Fly Artistic |
| 106 | Tins shop |
| 107 | XGDDPW |
| 108 | OpusMetal |
| 109 | FF ONEs |
| 110 | FWTIYLNI |