**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EDWARD WARGO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14133

Judge Robert W. Gettleman

Magistrate Judge Beth W. Jantz

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint.

| No. | Defendant |
|---|---|
| 4 | SUQUAN QUANSU |
| 5 | ruoheng enze |
| 8 | YooI |
| 18 | LOMADIA |
| 32 | DaFengXinXingJianCai |
| 47 | BaiHuoShouChangJia |
| 48 | fenzekeji |
| 49 | XingChen Shop |
| 50 | dasluff |
| 52 | Ieskayiz Home |
| 53 | Athenstics Stainless steel cup |
| 54 | Tapesb |
| 55 | RugShop |
| 57 | meipimaoyi |
| 59 | suyemaoyi |
| 60 | FengFire |
| 62 | shenzhenpunongkeji |
| 63 | Lucksign Better Home |
| 64 | ronghuaMY |
| 65 | Yaliokey |

DATED: January 13, 2026					Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***
