## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EDWARD WARGO,

      Plaintiff,                              Case No.: 1:25-cv-14133

v.                                       Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### NOTICE OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 56 | GoodlW |
| 82 | Nap Blanket |
| 83 | lightweight Blanket |
| 84 | Professional Floor Mat |
| 85 | Home Nap Blanket |
| 86 | LLRHdzsw |
| 93 | be at home |
| 98 | Golden sunshine Home |
| 100 | Giftwovn |

DATED:  January 23, 2026               Respectfully submitted,

                                     */s/ Keith A. Vogt*
                                     Keith A. Vogt
                                     FL Bar No. 1036084/IL Bar No. 6207971
                                     Keith A. Vogt PLLC
                                     1820 NE 163rd Street, Suite #306
                                     North Miami Beach, Florida 33162
                                     Telephone: 312-971-6752
                                     E-mail: keith@vogtip.com

                                     ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt