**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDWARD WARGO,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-14133

Judge Robert W. Gettleman

Magistrate Judge Beth W. Jantz

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT AND DEFAULT
JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED
SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment
against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support. The Court denied Plaintiff's
prior motion for entry of default and default judgment without prejudice, with leave to refile. [57].
Plaintiff renews his motion as to the fifty-one defaulting Defendants and establishes, as set forth
in the accompanying Memorandum, the Declaration of Yanling Jiang, and Exhibits A and B, that
electronic service was proper under *Kangol*.

DATED: July 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

2