# EXHIBIT A

**EXHIBIT A — Per-Defendant Address Investigation**

*Edward Wargo v. Schedule A, 1:25-cv-14133 (N.D. Ill., Robert W. Gettleman) — to the Declaration of Yanling Jiang*

**No. 1 — ykcuh.**

Stated address: 郑东新区商都路 5 号建业 5 栋大楼 C 座 303 号, 郑州市, 河南, 450000, CN. The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



3

*Amap (高德地图)*



*Baidu (百度)*



## No. 2 — 归心精品商店.

Stated address: 乐清市柳市镇上五宅村庆旺南路 20 弄 5 号, 温州市, 浙江, 325600, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

4

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 3 — chongqingjingyuejiancaixiaoshoujingyingbu.**

Stated address: 南溪绿郡 A 区 1 栋 18-2, 巴南区界石镇, 重庆市, 重庆, 400000, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 重庆景悦建材销售经营部 (USCC: 91500115MA61BKH01Y, 法人: 杨德华, status: 存续). The platform-disclosed Business Name does not match the registered entity information (重庆景悦建材销售经营部 (USCC: 91500115MA61BKH01Y has a registered address at 重庆市长寿区晏家街道齐心大道 20 号 6-1-2101-17 号室), and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.
**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 6 — 海冯边玩具.

Stated address: 万江街道, 龙福路十一巷 3 号 504 房, 东莞市, 广东, 523000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 7 — **yunchengjingjijishukaifaquhuaxinershoucheqiche.**

Stated address: 运城经济技术开发区, 安邑路明收源酒店对面 1 号仓库, 运城市, 山西, 044099, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 运城经济技术开发区华信二手车汽车销售有限公司 (USCC: 91140899MAE3YXXX0F, 法人: 李峰华, status: 存续). The platform-disclosed Business Name could potentially match the registered entity name, although no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 11 — xuesongchengzhe.

Stated address: 虎门镇, 赤岗社区南坊一路三号, 东莞市, 广东, 523000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 15 — jiexiushiboleqichexiaoshoufuwuyouxiangongsi.

Stated address: 介休市, 定阳西路交警大队西 500 米处, 晋中市, 山西, 032000, CN. The exact address cannot be located.
Result: Tianyancha returned a registered entity 介休市伯乐汽车销售服务有限公司 (USCC: 91140781MA7Y4K7873, 法人: 魏云龙, status: 存续). The platform-disclosed Business Name could potentially match the registered entity name, although no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a relative or imprecise location description.

17

**Screenshots (in order):**

*Google*



*Google Maps*



18

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 16 — JianCangQuanMaoYi.

Stated address: 雨花区, 圭塘街道万家丽中路三段 189 号美洲故事小区 H5 栋-111 室, 长沙, 湖南, 410007, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 长沙市鉴藏圈贸易有限公司 (USCC: 91430111MADLY0EJX9, 法人: 陈军, status: 存续). The platform-disclosed Business Name does not match the registered entity address (长沙市雨花区同升街道洞井镇同升湖山庄 D 区 41 栋 101), and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 25 — **yiwushiqiafengmaoyiyouxiangongsi.**

Stated address: 延寿北街天通泰小区 4 号楼 29-03, 莆田市, 荔城区, 福建省, 351100, CN. The exact address cannot be located.
Result: Tianyancha returned 4 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



24

*Amap (高德地图)*



*Baidu (百度)*



## No. 26 — FenXiaoShangMao.

Stated address: 荔园东路 1688 号正荣财富中心 E 座 2309, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned 62 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 27 — wanjishipinzhengzhouyouxian.

Stated address: 辛店镇辛店村, G343 与 Y043 交叉口西侧路北 200 米 6 号, 郑州市新郑市, 河南, 450000, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 万吉食品（郑州）有限公司 (USCC: 91410184MADXKLB66N, 法人: 左丹凤, status: 存续). The platform-disclosed Business Name could potentially match the registered entity name, although independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 28 — YunNanZiBin.

Stated address: 上犹县, 旅游文化城 40 栋 2 单元, 赣州市, 江西省, 341299, CN.
The exact address cannot be located.
Result: Tianyancha returned 7 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a tourism or scenic-area related address; a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 29 — HengYangXianZhaoWanShangMaoYouXianGong.

Stated address: 河北省廊坊市文安县滩里镇富管营村一街三巷五号, 廊坊市, 河北, 065000, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 衡阳县兆挽商贸有限公司 (USCC: 91430421MAE2HN632R, 法人: 郭万照, status: 存续). The platform-disclosed Business address does not match the registered entity address (湖南省衡阳市衡阳县西渡镇建设南路 318 号), and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated

33

address did not verify the location as a business premises connected to this defendant. The address contains a mismatch between the registered entity location and the stated address.

**Screenshots (in order):**

*Google*



*Google Maps*



34

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 30 — aeuxlons.

Stated address: 白云区聚源街 3 号 2 栋 309 房, 广州市, 广东 510000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains sequentially numbered units suggesting a rotating-suffix pattern.

**Screenshots (in order):**

*Google*



36

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 33 — ddhj.

Stated address: 凯里市经济开发区, 开元大道 132 号申黔互联数据中心办公楼三楼 302 办公室, 黔东南苗族侗族自治州, 贵州省, 471000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains an office-only address (Room 302); a data-center building address; a virtual office or shared workspace address.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



### No. 35 — 洪宇小店.

Stated address: 景泰西一巷 6 号 107 房, 广州市, 白云区, 510000, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 太原市小店区洪宇商行 (USCC: 92140105MA0J890W4Y, 法人: 洪宇, status: 存续). The platform-disclosed Business address does not match the registered entity address ( 太原市小店区太航小区南门东侧 5 号), and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 36 — jianhua8990.**

Stated address: 五华区华山街道办事处登华街一丘田小区南院 3 幢 301 号, 昆明市, 云南, 650000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 37 — guangzhoutuanpeidianzishangwushanghanggerenduzi.**

Stated address: 广东省广州市增城区派潭镇高村梁屋新村二巷, 广东省广州市增城区派潭镇高村梁屋新村二巷, 广州市, 广东省 511385, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit; a rural village address.

**Screenshots (in order):**

46

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 38 — DingYuTing.

Stated address: 新华街道, 盈华街 2 号 404 房, 花都区, 广州市 510813, CN.
The exact address cannot be located.
Result: Tianyancha returned 905 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains sequentially numbered units suggesting a rotating-suffix pattern; a personal name used as a business identifier.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 39 — dongguanshiyitefangzhipinyouxiangongsi.

Stated address: 正荣财富 N 座 11-12 号, 莆田市, 荔城区, 福建省, 351100, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 东莞市以特纺织品有限公司 (USCC:
91441900MA7MK1T30F, 法人: 陈晓华, status: 存续). The platform-disclosed Business
Address does not match the registered entity address (广东省东莞市大朗镇大朗富康路 8 号
101 室), and no independent source links the pleaded alias to the registered entity. Baidu web
search of the stated address did not verify the location as a business premises connected to this

defendant. The address contains a mismatch between the registered entity location and the stated address; a commercial building registration.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 40 — LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi.**

Stated address: 山东省临沂市兰山区蒙山大道美多大厦 1113 室, 临沂市, 山东 276700, CN. The exact address cannot be located.

Result: Tianyancha returned a registered entity 临沂煜坤企业管理信息咨询有限公司 (USCC: 91371302MA94KKQ65W, 法人: 李芳萍, status: 存续). The platform-disclosed Business Name potentially match the registered entity name, although independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains an office unit (Room 1113); a commercial building registration.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 41 — QuJingXuLiaoShangMao.

Stated address: 黄梅县经济开发区创业大道南侧智慧物流园数据中心一楼电商区 B00258, 黄冈市, 湖北 435500, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 曲靖绪辽商贸有限公司 (USCC: 91530302MAE645RH46, 法人: 冯玉雪, status: 注销). The platform-disclosed Business address does not match the registered entity address (云南省曲靖市麒麟区益宁街道办事处丽水金都 3 幢 4 楼 302 室), and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple unrelated businesses sharing the same address; a virtual office or shared workspace address; an e-commerce zone address; a data-center building address.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 42 — **shijiazhuangqucaimaoyiyouxiangongsi.**

Stated address: 谈固东街 8 号紫鑫苑 5 号楼 1 单元 501, 长安区, 石家庄市, 河北省 050000, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 石家庄区蔡贸易有限公司 (USCC: 91130102MABW1N151W, 法人: 李东东, status: 吊销). The platform-disclosed Business Name potentially match the registered entity name, although independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit; a low registered-capital indication.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 43 — zhshiun.

Stated address: 宁城县, 天义镇打虎石路南鼎盛家园三期 11 号厅, 赤峰市, 内蒙古, 024000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit; multiple unrelated businesses sharing the same address.

### Screenshots (in order):

*Google*



63

*Google Maps*



*Baidu Maps (百度地图)*



64

*Amap (高德地图)*



*Baidu (百度)*



### No. 44 — HeNanJiuQuanLeShangMao.

Stated address: 卫滨区, 解放路储贸市场院内 B 区 218 号, 新乡市 河南 453000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a market stall or temporary trading point.

**Screenshots (in order):**

65

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



67

*Baidu (百度)*



### No. 45 — wenbbusb.

Stated address: 湖北省鄂州市鄂城区花湖镇花湖开发区杭州路蕴福里锦城 42 号, 鄂州市 湖北, 436000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 46 — chenwebbindexiaodian.

Stated address: 洛南县, 柳林社区林翔小区 1 号楼一单元 1701 室, 商洛市, 陕西, 726000, CN. The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



71

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 51 — ShawnNNA.

Stated address: Mingdu Dijing, Fucheng Town, Fengyang County, Chuzhou City, Anhui Province, Chuzhou, AH 239000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains an imprecise address lacking a specific building or unit number; a residential apartment unit.

**Screenshots (in order):**

*Google*



73

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



### No. 70 — Grrvtrz Festival.

Stated address: Room606,6th Floor,Building 2,Nantong Foreign Trade Center,No.166,Beidajie,Tangzha Town, Nantong, JS 226000, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.
**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



77

*Baidu (百度)*



## No. 74 — 91140391MAEC5FKRXF.

Stated address: shanxishengyangquangaoxinjishuchanyekaifaqudalianjiezuoanlanshan2qi38-1haoshangpu, yangquanshi, SN 045000, CN.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 阳泉顺维展商贸有限公司 (USCC: 91140391MAEC5FKRXF, 法人: 樊陈陈, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit; a business name formatted as a unified social credit code rather than a standard entity name.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



80

*Baidu (百度)*



## No. 75 — Cjhhycphy.

Stated address: gansushengbaiyinshibaiyinqufangzhilujiedao, baiyin, GS 730900, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains an incomplete address lacking a specific building or unit number; an imprecise address that cannot be located precisely.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 76 — GuangZhouHuiJiaShangMao05.

Stated address:
GuangZhouShiZengChengQuPaiTanZhenLiJingCunShangYuLuSiXiang4Hao201Fang,
GuangZhouShi, GD 511385, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of
the stated address did not verify the location as a business premises connected to this defendant.
The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 77 — Cao Home Decoration Store.

Stated address: GuangZhouShiBaiYunQuXiuShuiTangBeiJie11Hao101Fang, GuangZhouShi, GD 510550, CN.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 78 — LALADU.

Stated address: Room 403, 4th Floor, Building B, No. 525, Zongze North Road, Beiyuan Subdistrict, Yiwu City 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Tianyancha returned 19 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 81 — BespokeShop.**

Stated address: B10, RM 2703 NEW TREND CENTRE, 704 PRINCE EDWARD RD EAST, SAN PO KONG HONG KONG, Wong Tai Sin District 999077, Hong Kong Special Administrative Region, Kowloon, China.
Last known address. The exact address cannot be located.
Result: The stated address is in Hong Kong; Tianyancha PRC business-registry check is not applicable. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a known virtual office service address; multiple businesses sharing the same premises.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 90 — Foxxee.

Stated address: Room 304-5, Building 3, No. 4, Junting Business Building, Yinzhou District, 315100, Zhejiang Province, Ningbo City, China.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises.

### Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 91 — Beesee Textile.

Stated address: Room 304-5, Building 3, No. 4, Junting Business Building, Yinzhou District 315100, Zhejiang Province, Ningbo City China.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises.

### Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 92 — Ylbniub.

Stated address: Building 1, No. 98 Tonggang Road, Changshu City, Suzhou City, Jiangsu Province Changshu 215500, Jiangsu Province, Suzhou CityChina.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a random or non-descriptive business name.

**Screenshots (in order):**

*Google*



100