*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



### No. 94 — GS Warm decoration.

Stated address: Not Found.
Last known address.
Result: The seller information page is not available and the platform provided no address; no verifiable address exists for this defendant.
*Screenshots: None — the seller information page is not available and no searchable address exists.*



### No. 95 — wangfengweiC.

Stated address: Room 206, Linkong Industrial Park, Zhengping Street, Airport New Town, Xixian New District, Shaanxi Province, GT-2066, other districts, 712000, Shaanxi Province, Xianyang City, China.
Last known address. The exact address cannot be located.

Result: Tianyancha returned 1,027 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 96 — Hsashop two.**

Stated address: Shop 1557, Area A, Mengxin Maker Space, No. 2, Qiangsheng Road, Lebaidao Sub-district Office, Kaiyuan City, Honghe Hani and Yi Autonomous Prefecture, Yunnan Province Kaiyuan City 661600, Yunnan Province, Honghe Hani and Yi Autonomous Prefecture, China.

Last known address. The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises; sequentially numbered units suggesting a rotating-suffix pattern.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



109

*Amap (高德地图)*



110

*Baidu (百度)*



## No. 97 — JINGJINGYI.

Stated address: No. 40, Group 32, Chuannan Village, Chuanjiang Town, Tongzhou District, Nantong City, Jiangsu Province Tongzhou Distric 226400, Jiangsu Province, Nantong city, China.

The exact address cannot be located.

Result: Tianyancha returned 5,527 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a residential apartment unit.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



114

*Baidu (百度)*



## No. 101 — WHL GOODS.

Stated address: No. 2, Chunchao Road, Niansanli Street, Yiwu City, Jinhua City, Zhejiang Province (5th Floor, Building 2, Yiwu Canye Textile Co., Ltd.), Yiwu City 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address is stated as being inside another company's premises (Yiwu Canye Textile Co., Ltd.).

**Screenshots (in order):**

115

*Google*



*Google Maps*



116

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 102 — Hanging S.

Stated address: Room 301, Unit 3, Building 22, Xiawang District, Jiangdong Subdistrict (self-declaration), Yiwu City 322000, Zhejiang Province, Jinhua City, China.
Last known address. The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a self-declared address with no third-party verification; multiple businesses sharing the same premises.

**Screenshots (in order):**

*Google*



119

*Google Maps*



*Baidu Maps (百度地图)*



120

*Amap (高德地图)*



*Baidu (百度)*



## No. 103 — PiFly Shop.

Stated address: Room 303, Unit 3, Building 22, Xiawang 3rd District, Jiangdong Subdistrict, Yiwu City 322000, Zhejiang Province, Jinhua City, China.
Last known address. The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises; sequentially numbered units suggesting a rotating-suffix pattern.

**Screenshots (in order):**

*Google*



122

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



124

*Baidu (百度)*



## No. 104 — Xiioy.

Stated address: Room 302, Unit 3, Building 22, Xiawang 3rd District, Jiangdong Subdistrict, Yiwu City 322000, Zhejiang Province, Jinhua City, China.
Last known address. The exact address cannot be located.
Result: Tianyancha company search returned no matching registered entity. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains multiple businesses sharing the same premises; a random or non-descriptive business name; sequentially numbered units suggesting a rotating-suffix pattern.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 105 — Fly Artistic.

Stated address: Room 301, Unit 3, Building 22, Xiawang District, Jiangdong Subdistrict (self-declaration), Yiwu City 322000, Zhejiang Province, Jinhua City China.
Last known address. The exact address cannot be located.
Result: Tianyancha returned 2 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains a self-declared address with no third-party verification; multiple businesses sharing the same premises.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 106 — Tins shop.

Stated address: Room 302, Unit 3, Building 22, Xiawang 3rd District, Jiangdong Subdistrict, Yiwu City 322000, Zhejiang Province, Jinhua City, China.

Last known address. The exact address cannot be located.

Result: Tianyancha returned 12 results. None of the returned entities match the defendant's platform-disclosed Business Name or stated address. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 107 — XGDDPW.

Stated address: Room D07, 8/F, Phase II, Kai Tak Factory Building, 99 King Fuk Street, San Po Kong, Wong Tai Sin District 999077, Hong Kong Special Administrative Region, Kowloon China.

Last known address. The exact address cannot be located.

Result: The stated address is in Hong Kong; Tianyancha PRC business-registry check is not applicable. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 108 — OpusMetal.

Stated address: B10, RM 2703 NEW TREND CENTRE, 704 PRINCE EDWARD RD EAST, SAN PO KONG HONG KONG, Wong Tai Sin District 999077, Hong Kong Special Administrative Region, Kowloon China.

Last known address. The exact address cannot be located.

Result: The stated address is in Hong Kong; Tianyancha PRC business-registry check is not applicable. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



139

*Amap (高德地图)*



*Baidu (百度)*



**No. 110 — FWTIYLNI.**

Stated address: Room 1601-11352, Building 23, Area G, Phase II, Blue Harbor, No. 759, Huigong Road, Erdao District, Changchun City, Jilin Province, 130031, China (吉林省长春市二道区汇工路 759 号蓝色港湾二期 G 区 23 栋 1601-11352 室).

The stated address resolves on the maps only to the building level of the 蓝色港湾二期 (Blue Harbor Phase II) residential complex (Building 23); the specific unit (Room 1601-11352) could not be located or verified, and the platform's stated road and number (汇工路 No. 759) do not match the complex's mapped location (惠工路 No. 799).

Result: Tianyancha returned no registered entities for the platform-disclosed business name 二道区甄素商贸行（个体工商户）(Erdaoquzhensushangmaohang (getigongshanghu)); no registered entity exists at the stated name or address. The platform-disclosed Business Name does not match any registered entity, and no independent source links the pleaded alias to a registered entity (Ex. B, No. 110)

*Screenshots (in order):*

141

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*

