# EXHIBIT B

**EXHIBIT B — PRC Business-Registry (Tianyancha 天眼查) Check**

*Edward Wargo v. Schedule A, 1:25-cv-14133 — to the Declaration of Yanling Jiang*

Capture date: 2026-07-13.

Result summary — 51 defendants checked, 0 matched a registered entity, 48 returned no match or a registered entity that could not be verified, 3 are Hong Kong addresses (not applicable). 48 defendants returned no registered entity verifiable as the "person to be served" within the meaning of Article 1, and no stated address verified as a real, defendant-connected location; the 3 Hong Kong sellers were checked against the Hong Kong Companies Registry (not Tianyancha) with the same result, and all defendants' addresses are not known and fall in the email / Rule 4(f)(3) group.

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 1 | ykcuh | no match | n/a | n/a |
| 2 | 归心精品商店 | no match | n/a | n/a |
| 3 | chongqingjingyuejiancaixiaoshoujingyingbu | no match | n/a | n/a |
| 6 | 海冯边玩具 | no match | n/a | n/a |
| 7 | yunchengjingjijishukaifaquhuaxinershoucheqiche | no match | n/a | n/a |
| 11 | xuesongchengzhe | no match | n/a | n/a |
| 15 | jiexiushiboleqichexiaoshoufuwuyouxiangongsi | no match | n/a | n/a |
| 16 | JianCangQuanMaoYi | no match | n/a | n/a |
| 25 | yiwushiqiafengmaoyiyouxiangongsi | no match | n/a | n/a |
| 26 | FenXiaoShangMao | no match | n/a | n/a |
| 27 | wanjishipinzhengzhouyouxian | no match | n/a | n/a |
| 28 | YunNanZiBin | no match | n/a | n/a |
| 29 | HengYangXianZhaoWanShangMaoYouXianGong | no match | n/a | n/a |
| 30 | aeuxlons | no match | n/a | n/a |
| 33 | ddhj | no match | n/a | n/a |
| 35 | 洪宇小店 | no match | n/a | n/a |
| 36 | jianhua8990 | no match | n/a | n/a |
| 37 | guangzhoutuanpeidianzishangwushanghanggerenduzi | no match | n/a | n/a |
| 38 | DingYuTing | no match | n/a | n/a |
| 39 | dongguanshiyitefangzhipinyouxiangongsi | no match | n/a | n/a |
| 40 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi | no match | n/a | n/a |

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 41 | QuJingXuLiaoShangMao | no match | n/a | n/a |
| 42 | shijiazhuangqucaimaoyiyouxiangongsi | no match | n/a | n/a |
| 43 | zhshiun | no match | n/a | n/a |
| 44 | HeNanJiuQuanLeShangMao | no match | n/a | n/a |
| 45 | wenbbusb | no match | n/a | n/a |
| 46 | chenwebbindexiaodian | no match | n/a | n/a |
| 51 | ShawnNNA | no match | n/a | n/a |
| 70 | Grrvtrz Festival | no match | n/a | n/a |
| 74 | 91140391MAEC5FKRXF | no match | n/a | n/a |
| 75 | Cjhhycphy | no match | n/a | n/a |
| 76 | GuangZhouHuiJiaShangMao05 | no match | n/a | n/a |
| 77 | Cao Home Decoration Store | no match | n/a | n/a |
| 78 | LALADU | no match | n/a | n/a |
| 81 | BespokeShop | n/a (HK address) | n/a | n/a |
| 90 | Foxxee | no match | n/a | n/a |
| 91 | Beesee Textile | no match | n/a | n/a |
| 92 | Ylbniub | no match | n/a | n/a |
| 94 | GS Warm decoration | n/a (no address) | n/a | n/a |
| 95 | wangfengweiC | no match | n/a | n/a |
| 96 | Hsashop two | no match | n/a | n/a |
| 97 | JINGJINGYI | no match | n/a | n/a |
| 101 | WHL GOODS | no match | n/a | n/a |
| 102 | Hanging S | no match | n/a | n/a |
| 103 | PiFly Shop | no match | n/a | n/a |
| 104 | Xiioy | no match | n/a | n/a |
| 105 | Fly Artistic | no match | n/a | n/a |
| 106 | Tins shop | no match | n/a | n/a |
| 107 | XGDDPW | n/a (HK address) | n/a | n/a |
| 108 | OpusMetal | n/a (HK address) | n/a | n/a |
| 110 | FWTIYLNI | no match | n/a | n/a |

Every one of the 51 sellers returned no registered entity verifiable as the "person to be served" within the meaning of Article 1, and no stated address verified as a real, defendant-connected location; the 3 Hong Kong sellers were checked against the Hong

Kong Companies Registry (not Tianyancha) with the same result, and 1 seller (No. 94) had no stated address at all. All 51 Defendants are therefore address-not-known and fall in the email / Rule 4(f)(3) group.